**Order entered June 5, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00227-CV

### STEWART HUNTER, Appellant

### V.

### THOMAS GUERCIO AND SHELDON ROBINSON, AppelleeS

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-02165-2012**

## ORDER

Before the Court is appellant's June 4, 2018 unopposed second motion for an extension of time to file a brief. We **GRANT** the motion and extend the time to **July 2, 2018**. We caution appellant that further requests for extension will be disfavored.

/s/     DAVID EVANS
JUSTICE